EXHIBIT B

| US6603330 | NF3120M5 ("The Accused Product") |
|---|---|
| 25. A method of programming a programmable digital circuit block, comprising the steps of: | The accused product discloses a method of programming a programmable digital circuit block (e.g., DDR 4 SDRAM).<br>inspur<br>Inspur Server User Manual<br>NF3120M5<br>V1.0<br>http://www.inspursystems.com/wp-content/uploads/Inspur-Server-NF3120M5-User-Manual-V1.0.pdf |

## 2.1 Overview

Inspur NF3120M5 is a one-socket E3 server with Intel® Xeon® scalable computing platform technology. It has powerful computing capacity, scalability and excellent RAS features. It provides basic computing and graphics performance, which is an ideal choice for small businesses, powerful mobile workstation, entry-level workstation, storage server, cloud workstation, media codec, edge computing and Internet of Things.

## 2.2 Features and Specifications

| **Processor** | |
|---|---|
| Processor Type | 1* new-generation Intel® Xeon® scalable processor (up to 95W) |
| **Chipset** | |
| Chipset Type | Intel® C242/C246 chipset |
| **Memory** | |
| Memory Type | DDR4 w/ECC UDIMM, 2666MHz |
| Memory Slot Qty | 4 |
| Total Memory Capacity | Supports up to 128GB (32G per memory module) |
| **I/O** | |

http://www.inspursystems.com/wp-content/uploads/Inspur-Server-NF3120M5-User-Manual-V1.0.pdf

| | |
|---|---|
| | JEDEC STANDARD<br><br>DDR4 SDRAM<br><br>JESD79-4<br><br>Source: DDR 4 standard |
| a) loading a plurality of configuration data corresponding to any one of a | The accused product discloses loading a plurality of configuration data (e.g., bits A1, A0) corresponding to any one of a plurality of predetermined digital functions (e.g., read/write operations of fixed burst |

<table>
<tr>
<td>plurality of predetermined digital functions into a configuration register of said programmable digital circuit block; and</td>
<td>length of BC8 or BC4; read/write operations of on-the-fly burst length of BC8 or BC4) into a configuration register (e.g., Mode register MR0) of said programmable digital circuit block (e.g., DDR 4 SDRAM).<br><br>3.4.1 Programming the mode registers<br><br>For application flexibility, various functions, features, and modes are programmable in seven Mode Registers, provided by the DDR4 SDRAM, as user defined variables and they must be programmed via a Mode Register Set (MRS) command. The mode registers are divided into various fields depending on the functionality and/or modes. As not all the Mode Registers (MR#) have default values defined, contents of Mode Registers must be initialized and/or re-initialized, i. e. written, after power up and/or reset for proper operation. Also the contents of the Mode Registers can be altered by re-executing the MRS command during normal operation. When programming the mode registers, even if the user chooses to modify only a sub-set of the MRS fields, all address fields within the accessed mode register must be redefined when the MRS command is issued. MRS command and DLL Reset do not affect array<br>Source: DDR 4 standard</td>
</tr>
</table>

3.5 Mode Register

**MR0**

| Address | Operating Mode | Description |
|---|---|---|
| BG1 | RFU | 0 = must be programmed to 0 during MRS |
| BG0, BA1:BA0 | MR Select | 000 = MR0 100 = MR4<br>001 = MR1 101 = MR5<br>010 = MR2 110 = MR6<br>011 = MR3 111 = RCW[1] |
| A17 | RFU | 0 = must be programmed to 0 during MRS |
| A13 | RFU | 0 = must be programmed to 0 during MRS |
| A12 | RFU | 0 = must be programmed to 0 during MRS |
| A11:A9 | WR and RTP[2, 3] | Write Recovery and Read to Precharge for auto precharge(see Table 1) |
| A8 | DLL Reset | 0 = NO 1 = Yes |
| A7 | TM | 0 = Normal 1 = Test |
| A6:A4,A2 | CAS Latency[4] | (see Table 2) |

JEDEC Standard No. 79-4
Page 14

| Address | Operating Mode | Description |
|---|---|---|
| A3 | Read Burst Type | 0 = Sequential 1 = Interleave |
| A1:A0 | Burst Length | 00 = 8 (Fixed)<br>01 = BC4 or 8 (on the fly)<br>10 = BC4 (Fixed)<br>11 = Reserved |

Source: DDR 4 standard

| | |
|---|---|
| b) configuring said programmable digital circuit block to perform any one of said plurality of predetermined digital functions based on said configuration data, wherein said steps a) and b) are dynamically performed, and wherein said programmable digital circuit block includes a data register for storing data to facilitate performing any one of said plurality of predetermined digital functions. | The accused product discloses configuring said programmable digital circuit block (e.g., DDR 4 SDRAM) to perform any one of said plurality of predetermined digital functions (e.g., read/write operations of fixed burst length of BC8 or BC4; read/write operations of on-the-fly burst length of BC8 or BC4) based on said configuration data (e.g., bits A1, A0), wherein said steps a) and b) are dynamically performed (e.g., dynamically performed based on MRS command), and wherein said programmable digital circuit block includes a data register (e.g., register storing) for storing data to facilitate performing any one of said plurality of predetermined digital functions.<br><br>The data is bit A12. It is used according to the configuration data MR0 [A1, A0] to facilitate performing any one of the predetermined digital functions. For instance, if MR0[A1, A0] indicates on-the-fly (OTF) burst length, then A12 determines if the OTF burst length is BC4 or 8, and hence facilitates performing the read/write operations of OTF burst length BC4 or 8.<br><br>3.4.1 Programming the mode registers<br><br>For application flexibility, various functions, features, and modes are programmable in seven Mode Registers, provided by the DDR4 SDRAM, as user defined variables and they must be programmed via a Mode Register Set (MRS) command. The mode registers are divided into various fields depending on the functionality and/or modes. As not all the Mode Registers (MR#) have default values defined, contents of Mode Registers must be initialized and/or re-initialized, i. e. written, after power up and/or reset for proper operation. Also the contents of the Mode Registers can be altered by re-executing the MRS command during normal operation. When programming the mode registers, even if the user chooses to modify only a sub-set of the MRS fields, all address fields within the accessed mode register must be redefined when the MRS command is issued. MRS command and DLL Reset do not affect array<br>Source: DDR 4 standard |

3.5 Mode Register

**MR0**

| Address | Operating Mode | Description |
|---|---|---|
| BG1 | RFU | 0 = must be programmed to 0 during MRS |
| BG0, BA1:BA0 | MR Select | 000 = MR0 100 = MR4<br>001 = MR1 101 = MR5<br>010 = MR2 110 = MR6<br>011 = MR3 111 = RCW[1] |
| A17 | RFU | 0 = must be programmed to 0 during MRS |
| A13 | RFU | 0 = must be programmed to 0 during MRS |
| A12 | RFU | 0 = must be programmed to 0 during MRS |
| A11:A9 | WR and RTP[2, 3] | Write Recovery and Read to Precharge for auto precharge(see Table 1) |
| A8 | DLL Reset | 0 = NO 1 = Yes |
| A7 | TM | 0 = Normal 1 = Test |
| A6:A4,A2 | CAS Latency[4] | (see Table 2) |

JEDEC Standard No. 79-4
Page 14

| Address | Operating Mode | Description |
|---|---|---|
| A3 | Read Burst Type | 0 = Sequential 1 = Interleave |
| A1:A0 | Burst Length | 00 = 8 (Fixed)<br>01 = BC4 or 8 (on the fly)<br>10 = BC4 (Fixed)<br>11 = Reserved |

Source: DDR 4 standard

**Table 16 — Command Truth Table**

| Function | Abbrevia-tion | CKE | | CS_n | ACT_n | RAS_n /A16 | CAS_n /A15 | WE_n/ A14 | BG0-BG1 | BA0-BA1 | C2-C0 | A12/ BC_n | A17, A13, A11 | A10/ AP | A0-A9 | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Previ-ous Cycle | Current Cycle | | | | | | | | | | | | | |
| Mode Register Set | MRS | H | H | L | H | L | L | L | BG | BA | V | OP Code | | | | 12 |
| Refresh | REF | H | H | L | H | L | L | H | V | V | V | V | V | V | V | |
| Self Refresh Entry | SRE | H | L | L | H | L | L | H | V | V | V | V | V | V | V | 7,9 |
| Self Refresh Exit | SRX | L | H | H | X | X | X | X | X | X | X | X | X | X | X | 7,8,9, 10 |
| | | | | L | H | H | H | H | V | V | V | V | V | V | V | |
| Single Bank Precharge | PRE | H | H | L | H | L | H | L | BG | BA | V | V | V | L | V | |
| Precharge all Banks | PREA | H | H | L | H | L | H | L | V | V | V | V | V | H | V | |
| RFU | RFU | H | H | L | H | L | H | H | RFU | | | | | | | |
| Bank Activate | ACT | H | H | L | L | Row Address(RA) | | | BG | BA | V | Row Address (RA) | | | | |
| Write (Fixed BL8 or BC4) | WR | H | H | L | H | H | L | L | BG | BA | V | V | V | L | CA | |
| Write (BC4, on the Fly) | WRS4 | H | H | L | H | H | L | L | BG | BA | V | L | V | L | CA | |
| Write (BL8, on the Fly) | WRS8 | H | H | L | H | H | L | L | BG | BA | V | H | V | L | CA | |
| Write with Auto Pre-charge (Fixed BL8 or BC4) | WRA | H | H | L | H | H | L | L | BG | BA | V | V | V | H | CA | |
| Write with Auto Pre-charge (BC4, on the Fly) | WRAS4 | H | H | L | H | H | L | L | BG | BA | V | L | V | H | CA | |
| Write with Auto Pre-charge (BL8, on the Fly) | WRAS8 | H | H | L | H | H | L | L | BG | BA | V | H | V | H | CA | |
| Read (Fixed BL8 or BC4) | RD | H | H | L | H | H | L | H | BG | BA | V | V | V | L | CA | |
| Read (BC4, on the Fly) | RDS4 | H | H | L | H | H | L | H | BG | BA | V | L | V | L | CA | |
| Read (BL8, on the Fly) | RDS8 | H | H | L | H | H | L | H | BG | BA | V | H | V | L | CA | |
| Read with Auto Pre-charge (Fixed BL8 or BC4) | RDA | H | H | L | H | H | L | H | BG | BA | V | V | V | H | CA | |
| Read with Auto Pre-charge (BC4, on the Fly) | RDAS4 | H | H | L | H | H | L | H | BG | BA | V | L | V | H | CA | |
| Read with Auto Pre-charge (BL8, on the Fly) | RDAS8 | H | H | L | H | H | L | H | BG | BA | V | H | V | H | CA | |
| No Operation | NOP | H | H | L | H | H | H | H | V | V | V | V | V | V | V | 10 |
| Device Deselected | DES | H | H | H | X | X | X | X | X | X | X | X | X | X | X | |
| Power Down Entry | PDE | H | L | H | X | X | X | X | X | X | X | X | X | X | X | 6 |
| Power Down Exit | PDX | L | H | H | X | X | X | X | X | X | X | X | X | X | X | 6 |
| ZQ calibration Long | ZQCL | H | H | L | H | H | H | L | V | V | V | V | V | H | V | |
| ZQ calibration Short | ZQCS | H | H | L | H | H | H | L | V | V | V | V | V | L | V | |


| | |
|---|---|
| | Source: DDR 4 standard<br><br>A12 / BC_n \| Input \| Burst Chop: A12 / BC_n is sampled during Read and Write commands to determine if burst chop (on-the-fly) will be performed. (HIGH, no burst chop; LOW: burst chopped). See command truth table for details.<br><br>Source: DDR 4 standard |