UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MALLARD IP LLC, <br><br> Plaintiff, <br><br> v. <br><br> INSPUR SYSTEMS, INC., <br><br> Defendant. | NO. 2:21-cv-01332-BJR <br><br> STIPULATED AGREEMENT AND ORDER TO EXTEND DEADLINE FOR FILING ANSWER BY INSPUR SYSTEMS, INC. |

## **STIPULATION**

COME NOW Plaintiff and Defendant Inspur Systems, Inc., ("Inspur") and agree that Inspur may have an extension of thirty (30) days to November 29, 2021, in which to answer the Complaint for Patent Infringement.

DATED this 28th day of October, 2021.

                                          MERRICK, HOFSTEDT & LINDSEY, P.S.

                                          By /s/ *Tamara K. Nelson*
                                              Tamara K. Nelson, WSBA #27679
                                              Merrick, Hofstedt & Lindsey, P.S.
                                              3101 Western Avenue, Suite 200
                                              Seattle, WA  98121
                                              Business: 206-682-0610
                                              Fax: 206-467-2680
                                              tnelson@mhlseattle.com

STIPULATED AGREEMENT AND ORDER TO EXTEND DEADLINE FOR FILING ANSWER BY INSPUR SYSTEMS, INC. - 1
Case No. 2:21-cv-01332-MLP

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON  98121
(206) 682-0610

Of Attorneys for Defendant Inspur Systems, Inc.

DATED this 28th day of October, 2021.

By /s/ *Philip Mann*
Philip P. Mann, WSBA #28860
MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206-436-0900
email: phil@mannlawgroup.com

By /s/ *Cortney S. Alexander*
Cortney S. Alexander (admitted pro hac vice)
Kent & Risley LLC
5755 N. Point Pkwy, Ste 57
Alpharetta, GA 30022
Telephone: (404) 855-3867
Email: cortneyalexander@kentrisley.com

Of Attorneys for Plaintiff

**ORDER**

Having reviewed the stipulation of the parties, the Court ORDERS that Defendant Inspur Systems, Inc. may have an extension of 30 days to November 29, 2021, in which to answer the Complaint for Patent Infringement.

Dated this 29th day of October, 2021.

*[signature: Barbara J. Rothstein]*

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED AGREEMENT AND ORDER TO EXTEND DEADLINE FOR FILING ANSWER BY INSPUR SYSTEMS, INC. - 2
Case No. 2:21-cv-01332-MLP

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 Western Avenue, Suite 200
Seattle, Washington 98121
(206) 682-0610